```
            IN THE UNITED STATES DISTRICT COURT FOR
              THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


TRAESY LYNN HORTON a.k.a.
TRACY LYNN HORTON                                       PLAINTIFF

VS.                         CIVIL ACTION NO. 5:15-cv-27(DCB)(MTP)

RONNY TAYLOR AND
ENCANA OIL & GAS (USA) INC.                            DEFENDANTS
```

ORDER

This cause is before the Court on the plaintiff Traesy Lynn Horton's Motion for Reconsideration of Motion to Quash Defendant Taylor's Reissued Summons **(docket entry 22)**. Having carefully considered the motion and defendant Ronny Taylor's response, the Court finds as follows:

On November 6, 2015, the Court granted defendant Taylor's motion to dismiss based on quasi-judicial immunity. The present motion by the plaintiff does not address quasi-judicial immunity or the motion to dismiss, but instead addresses a service of process issue which had no bearing on the Court's ruling. Furthermore, the plaintiff's motion is untimely pursuant to Rule 59 of the Federal Rules of Civil Procedure, which requires that a motion for reconsideration be filed 28 days from the date of entry of Judgment.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff Traesy Lynn Horton's Motion for Reconsideration of Motion to Quash Defendant Taylor's

Reissued Summons **(docket entry 22)** is DENIED.

SO ORDERED, this the 15th day of December, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE